GENERAL CARL A.R. HITLER

V.

ALL ANTI-CHRISTS including EVILDOERS 1 thru "666"

RECEIVED
OCT 2 6 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3:20-cv-07699-WHO

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT NOTICE FOR FELONY SUMMARY JUDGMENT

Any party may "help me to help you", change the system of government propaganda we have today. What has been put in place from the highest office of the United States which is the U.S. Presidents office is Fraudulently full of FELONY violations that has no merit or that there is no defense see Cal. Code Civ Proc 437c. subd (a). The purpose of summary judgment is to penetrate the evasive

fraudulent Felonies brought by all that have been alleged within all of my U.S. Court's filings as Exhibits to this instant complaint Notice of felony Summary Judgment that nothing can effect or enforce any legal standing that cannot be challenged based on all of the factual FELONIES by all that attempt to question hypothetically all that I have alleged through all of the supporting and opposing papers and issues of factual information. see; (Molko v. Holy Spirit Assn, 46 Cal. 3d 1082, 252 Cal. Rptr. 122 v 762 P 2d. 46. (1988)). There must be a clean chain of command established within this U.S. Government highest office to bring all the beneficial blessings of advantageous profitability that comes with

(2)

the establishment of a perfect protected true Love of Heaven on Earth Utopia Paradise without Fraud Evil Upon more Evil Fraud. This notice for summary judgment must be granted as all the papers submitted in support of this Complaint Notice for Felony Summary Judgment shows with its (exhibits) implied that there is no triable issues as to any materials of facts with the moving party is entitled to judgement as a matter of LAW. True perfect protected True Love for all that matter is also true justice required that the Class Action is entitled to be rid of an unmeritorious lawsuits and or Fraud upon the Court. Are we not in the establishments of Heaven on Earth Utopia Paradise as what the Bible tells us after the book of Revelation's. (3)

This Complaint Notice for FELONY Summary Judgment provides detailed procedual scheme for automatic approval for Summery Judgment. See Lekeijak v. City of Irvine 65 Cal. App. 4th 341, 76 Cal Rptr. 2d 429 (4th Dist. 1998) (holding a local court rule authorizing a trial court to grant Summary judgment in favor of this party.) FELONIES are CRIMES that are punishable with death, by imprisonment in State/Federal Prisons notwithstanding any other provison of law, by imprisonment in a county jail under the provisions of subdivisions (b) of section 1170. Every other crime or public offense is a misdemeanor. Therefore the ones who proposes themselfs proposing for the highest U.S. Government office the U.S. President as candidates all have committed many FELONIES

(4)

and cannot even be a candidate for any U.S. Government office based on all the FELONIES they committed. This Complaint Notice for FELONY Summary Judgment cannot be denied as a matter of U.S. LAW. Nothing regarding this complaint of outrageous FELONIES can only bring extreme violence or Great Bodily Injury (GBI) to abuse excessive injurious violence for years to come, to your babies, and LOVE ONES. Nothing cannot be ignored, overlooked or disregarded because this complaint authorizes a Judge to enforce without relieve of thier duty to register this FELONY COMPLAINT TO ALL it's required government authorties to exercise its powers of dominion jurisdiction of action as a matter of U.S. LAW. "The Sovereign LORD has filled me with his spirit. He has chosen me and sent me to bring

(5)

good news to the poor. To heal the broken-hearted, to announce release to captives and freedom to those in prison. Isial 61:1. This Complaint Notice for FELONY Summary Judgment may be made by itself as an alternative. (Code Civ Pro. 473 subd. (D)(2) Cal. Rules of Court, rule 3,1350). Based on all the FELONY causes of action alleged in all my U.S. Court Filings which I have stated them as Exhibits for this complaint there cannot have any merit to to an affirmative defense. Civ Code 3294. Hood v. Superior Court 33 Cal. App. 4th 319, 39 Cal Rptr. 2d 296 (2d Dist 1993) see: Code Civ Proc #437c subd. (f)(1). There cannot be any challenging affirmative defense based on the wrongful acts alleged in all the causes of action, and the million plus FELONIES that are factually on the record. For summary judgment this Notice Complaint contains

(6)

all the supported documentation from all of the Exhibits which are all my court filings. Also the relationships of all principals and or accessories that distinguishes from each situation where they have one's cooperation in the criminal undertaking of another by the committed FENONY acts constitute separate offense. An accomplice includes any person concerned in the commission of the offenses, whether they directly commits the act consituting the offense or aids and abets in its commission by you not doing nothing furthering the crimes creating other FELONIES.

Oct 19, 2020  CARL A. R. HITLER
See: Exhibits  GENERAL, Chief JAG
Filed by Me @  U.S.M.C.
all U.S. Courts.

☑ DISABILITY RELATED

**ALAMEDA COUNTY SHERIFF'S OFFICE**
DETENTIONS AND CORRECTIONS DIVISION

ML-76 REV 9/06

**MESSAGE REQUEST**

DATE: 9/16/2020

SRJ UNIT #: 9
GDJ FLOOR #: 2
POD/CELL #: A10    RETURN TO INMATE

RETURN TO INMATE

( ) BOOKING   ( ) COMMISSARY   (✓) INMATE SERVICES   ( ) CLASSIFICATION   ( ) OTHER

PERSON TO CONTACT: Carl

Catholic prayers guide and or books

INMATE NAME: Carl Renowitzky   PFN: BCT175   DATE OF BIRTH: 9/22/67

DEPUTY RECEIVING REQUEST: _____   DATE RECEIVED: _____

SEE BACK FOR RESPONSE

---

**Please make your request on the NEW Tablet System, if you need:**

- **Chaplaincy Services (Bibles, Religious diets, prayer, need to speak with a Chaplain, etc.)**
- GTL Services (Tablet, request to change PIN, refunds, etc.)
- Re-Entry Services (Housing, Employment, etc.)
- Recreation Services

*******************************************************************************

***Library Services**-they are not taking special requests at this time.
***Request to get Married**-at this time, we **ARE NOT** approving notary appointments for marriage.
***Forms 41500 & 1381**-to get this form send a paper **Message Request to RECORDS**.
***Medical concerns**-ask your housing unit deputy for a **Sick Call slip** to see the nurse.
***Money checks**-ask your housing <u>TECHNICIAN</u> or send a paper **Message Request to ACCOUNTING**.
***Armbands**-ask your housing unit <u>DEPUTY</u>

Thank you.

Inmate Services

| WV-800-INFO | How Do I Turn In, Sell, or Store My Firearms? |

### ① What is a firearm?
A firearm is a:
- Handgun
- Rifle
- Shotgun
- Assault weapon

### ② If you own or have a firearm you must:
- Turn it in to local law enforcement
- Sell it to a licensed firearms dealer, or
- Store it with a licensed firearms dealer



### ③ How do I sell or store my firearm?
Find a California licensed firearms dealer in your area.
Look under "Firearms Dealers" in your local Yellow Pages or on the Internet. Make sure the dealer is licensed.

### ④ How do I take my firearm to law enforcement?
Call your local law enforcement agency to ask about their procedures. Take a copy of the restraining order with you. Go directly to the law enforcement agency. Do not go anywhere else with firearms in your vehicle!

### ⑤ If I turn my firearm in to law enforcement, how long will they keep it?
Ask the law enforcement agency.

### ⑥ After I give my firearm to law enforcement, can I change my mind?
Yes. You are allowed to make one sale through a licensed gun dealer. To do this, a licensed gun dealer must present a bill of sale to your local law enforcement agency. The law enforcement agency will give the licensed gun dealer the firearm you are selling.

DO:
- unload your firearm
- put your firearm in the trunk
- call ahead to the police department

DO NOT:
- bring a loaded firearm to the law enforcement agency
- bring ammunition with the firearm when you turn it in
- put your firearm in a locked glove compartment
- bring a firearm to court

### ⑦ Do I have to pay the law enforcement agency to keep my firearm?
You may have to pay the agency for keeping your firearm. Contact your local law enforcement agency and ask if a fee is charged. The agency will tell you how much you need to pay.

### ⑧ Questions?
Call your local law enforcement agency:
*(insert local information here.)*

---

15. I am informed and believe that on or about June 16, 2020, Respondent charged at staff member (Jenay Brown), forced his way into the Casa Maria building when she was entering for her shift, and threatened to physically assault her. I am further informed and believe that during that time a second staff member (Angelina Roman) was in the site office attempting to call the police, where several residents and other staff were attempting to block Respondent from accessing the office area. I am further informed and believe that Respondent pushed through the attempted barricade and hit Ms. Roman in the face, causing her to fall backwards.

16. I am informed and believe that, on or about June 25, 2020, as a staff member (Jenay Brown) was pulling the Casa Maria entry door closed behind her, Respondent appeared and grabbed the door to prevent it closing and forced his way in. I am further informed and believe that Respondent then entered the common area TV room and sat down, advising that he was waiting for another staff member; once he realized the police had been called, Respondent ran and hid in the bathroom, until the police arrived and removed him from the premises.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ___ day of July, 2020, at Oakland, California.

Declarant/Connie Green

DECLARATION- 4

10. As part of the Respondent's discharge, I also notified his Bay Area Community Services (BACS) case manager, Shawn Moore, who came to the site shortly and engaged Respondent outside of the property. I am informed and believe that Respondent was then escorted away from the property by Mr. Moore.

11. Respondent has no legitimate business or belongs at Casa Maria. At the time of discharge, Respondent's BACS case manager had taken the majority of Respondent's personal belongings. The remaining items were subsequently disposed when Respondent failed to arrange to have them picked up, after 10 days had passed since discharge.

12. In the 2 months prior to his discharge, Respondent, DEVONDRE SHUMAKE began displaying increasingly more aggressive behaviors towards staff and other residents, without any apparent provocation. Based on the incident reports I received from my staff during this period, I am informed and believe that Respondent would regularly become combative if any staff attempted to engage him regarding his failure to comply with the curfew, or any other program rules.

13. I am informed and believe that after he was discharged on May 28, Respondent has returned to the property at least 3 times claiming that he has property there or lives there.

14. On or about June 12, 2020, I received a text message to call the police from one of my staff members, Robbie Montoya. Respondent had come into the building when a resident was entering and made his way up to his former room. At the time, Respondent was making verbal threats to harm Ms. Montoya. I am informed and believe that Respondent presented disoriented and believed that he was talking to me, although I was not in his presence

DECLARATION- 3

re-examination of unfair verdicts or judgements. "The Sovereign Lord has filled me with his spirit. He has chosen me and sent me To bring good news to the poor. To heal the broken-hearted, to announce release to captives And freedom to those in prison." Isiah 61:1 No notice of opponent is required since no excluding of any evidence is being presented before the court and no objections to the evidence is claimed.



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OAKLAND CA 945
22 OCT 2020 PM 7 L
PAID

RECEIVED
OCT 26 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON, DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568