UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER,<br>aka CARL RENOWITZKY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL ANTI CHRISTS,<br><br>    Defendants. | Case No. 20-cv-07699-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

After plaintiff filed a complaint, the Clerk sent him notices directing him to file a complaint on this Court's form, and to file an application to proceed *in forma pauperis* (IFP). Plaintiff has not complied with the Clerk's Notices. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain (i) a complaint on this Court's form; and (ii) a complete application to proceed IFP, or full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** January 4, 2021

_____
WILLIAM H. ORRICK
United States District Judge